1  RICHARD J. CURIALE
   rcuriale@curialewilson.com
2  JOSEPH C. WILSON (SBN 249027)
   jwilson@curialewilson.com
3  **CURIALE WILSON LLP**
   One Maritime Plaza, Suite 1000
4  San Francisco, CA 94111
   Tel:  (415) 908-1001
5  Fax:  (415) 796-0875

6  Attorneys for AMY'S KITCHEN, INC.

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | JOSE MERLOS OCHOA,                              | Case No.:  C 14-02017-VC
   |                                                  |
12 |             Plaintiff,                           | **STIPULATION AND [PROPOSED]**
   |                                                  | **ORDER TO: (1) EXTEND DEADLINE TO**
13 |     vs.                                          | **COMPLETE MEDIATION; AND (2)**
   |                                                  | **PERMIT INSURANCE**
14 | HORIZON PERSONNEL SERVICES, INC.;                | **REPRESENTATIVE FOR AMY'S**
   | AMY'S KITCHEN, INC.; DOES 1-100                  | **KITCHEN TO PARTICIPATE BY**
15 |                                                  | **TELEPHONE**
   |             Defendants.                          |
16

17

18                                                    Judge: Hon. Vince Chhabria

19

20

21

22

23

24

25

26

27

28

_____
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION          1
Case No.:  C 14-02017-VC

## STIPULATION

WHEREAS, the parties have completed a pre-mediation conference call with the Court appointed mediator Judith Droz Keyes.

WHEREAS, Defendant Horizon Personnel Services, Inc. wishes to complete the deposition of Plaintiff Jose Merlos Ochoa so that participation in mediation will be productive.

WHEREAS, counsel for Plaintiff has agreed to produce Plaintiff for deposition on or about November 12, 2014.

WHEREAS, the parties and mediator have agreed to hold the mediation on <u>December 8, 2014</u>.

WHEREAS, the insurance representative for Defendant Amy's Kitchen, Inc. resides in the State of New York and would suffer hardship if forced to travel to attend the mediation personally.

WHEREAS, the insurance representative has given counsel for Defendant Amy's Kitchen, authority to settle this matter on Amy's Kitchen's behalf, and is also able to appear by telephone.

WHEREAS, counsel for Defendant Horizon Personnel Services, Inc. and counsel for Plaintiff Amy's Kitchen have no objection to allowing the insurance representative for Amy's Kitchen appear at the mediation telephonically.

**NOW THEREFORE, IT IS HEREBY STIPULATED THAT:**

1. The deadline to complete mediation is extended to <u>December 15, 2014</u>.
2. The insurer representative for Amy's Kitchen, Inc. is permitted to participate in the mediation by telephone.

Dated: October 20, 2014                    CURIALE WILSON LLP

*/s/ Joseph C. Wilson*
Joseph C. Wilson, Attorneys for
Defendant Amy's Kitchen, Inc.

                                                      LAW OFFICES OF JOHN R. BROWNING, PLC

                                                      */s/ John R. Browning*
                                                      John R. Browning, Attorneys for
                                                      Defendant Horizon Personnel Services, Inc.

                                                      LAW OFFICES OF MICHAEL H. KIM,
                                                      A PROFESSIONAL CORPORATION

                                                      */s/ Michael H. Kim*
                                                      Michael H. Kim, Attorneys for
                                                      Plaintiff Jose Merlos Ochoa

## **ORDER**

Pursuant to Stipulation, IT IS HEREBY ORDERED that:

    1.    The deadline to complete mediation is extended to <u>December 15, 2014</u>; and

    2.    The insurer representative for Amy's Kitchen, Inc. is permitted to participate in the mediation by telephone.

**SO ORDRED.**

Dated: October 23, 2014

                                                                                   Hon. Vince Chhabria
                                                                                  United States District Judge