1  RICHARD J. CURIALE
   rcuriale@curialewilson.com
2  JOSEPH C. WILSON (SBN 249027)
   jwilson@curialewilson.com
3  **CURIALE WILSON LLP**
   One Maritime Plaza, Suite 1000
4  San Francisco, CA 94111
   Tel: (415) 908-1001
5  Fax: (415) 796-0875

6  Attorneys for AMY'S KITCHEN, INC.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MERLOS OCHOA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>HORIZON PERSONNEL SERVICES, INC.;<br>AMY'S KITCHEN, INC.; DOES 1-100<br><br>　　　　　　Defendants. | Case No.: C 14-02017-VC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO: (1) EXTEND DEADLINE TO**<br>**COMPLETE MEDIATION**<br><br><br>Judge: Hon. Vince Chhabria |

## STIPULATION

WHEREAS, the mediation in this matter was previously scheduled for December 8, 2014.

WHEREAS, the mediation was cancelled by the mediator because Plaintiff did not submit a mediation brief that complied with the ADR local rules, and Defendant Horizon Personnel Services, Inc. did not submit a mediation brief.

WHEREAS, the parties wish to proceed with mediation and have completed a pre-mediation conference call with the Court appointed mediator Judith Droz Keyes.

WHEREAS, the mediation is currently scheduled for February 6, 2015 pending the Court's approval.

**NOW THEREFORE, IT IS HEREBY STIPULATED THAT:**

1. The deadline to complete mediation is extended to February 13, 2015.

Dated: January 6, 2015                              CURIALE WILSON LLP

*/s/ Joseph C. Wilson*
Joseph C. Wilson, Attorneys for
Defendant Amy's Kitchen, Inc.


LAW OFFICES OF JOHN R. BROWNING, PLC

*/s/ John R. Browning*
John R. Browning, Attorneys for
Defendant Horizon Personnel Services, Inc.


LAW OFFICES OF MICHAEL H. KIM,
A PROFESSIONAL CORPORATION

*/s/ Michael H. Kim*
Michael H. Kim, Attorneys for
Plaintiff Jose Merlos Ochoa

## ORDER

Pursuant to Stipulation, IT IS HEREBY ORDERED that:

1. The deadline to complete mediation is extended to <u>February 13, 2015</u>; and

**SO ORDRED.**

Dated: January 9, 2015

_____
Hon. Vince Chhabria
United States District Judge