UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MERLOS OCHOA,<br><br>    Plaintiff,<br><br>  v.<br><br>AMY'S KITCHEN, INC., et al.,<br><br>    Defendants. | Case No.  14-cv-02017-VC<br><br>**ORDER TO SHOW CAUSE** |

The Court orders Defendant Horizon Personnel Services, Inc. to file, within 14 days of the date of this order, a brief not to exceed 10 pages in length showing why the Court should not sanction Horizon for its failure to: (1) participate in the mediation session scheduled in this case on December 8, 2014; (2) respond to the plaintiff's discovery requests or satisfy its meet-and-confer obligations with respect to these requests; and (3) file a case management conference statement for the January 20, 2015 case management conference in compliance with the Court's orders.

**IT IS SO ORDERED.**

Dated: January 20, 2015

_____
VINCE CHHABRIA
United States District Judge